UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRIS COLE                                                                                          PLAINTIFF

v.                                          No. 2:20-CV-02008

FARMERS COOPERATIVE ASSOCIATION
OF VAN BUREN (AR)                                                                            DEFENDANT

**ORDER**

The Court has received a report and recommendations (Doc. 5) from United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends that the Court deny Plaintiff's motion (Doc. 2) for leave to proceed in forma pauperis. No objections have been filed and the deadline to object has passed. The Court has carefully reviewed the report and recommendations and agrees with the Magistrate Judge's analysis of Plaintiff's financial situation. The report and recommendations is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the motion (Doc. 2) for leave to proceed in forma pauperis is DENIED. Plaintiff may pay the filing fee in full within three days of the entry of this order, and the filing date for the complaint will be the date Plaintiff pays the fee. If the fee is not paid, the Clerk is DIRECTED to close this case.

IT IS SO ORDERED this 16th day of March, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE