UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRIS COLE                                                                                                          PLAINTIFF

v.                                              No. 2:20-CV-02008

FARMERS COOPERATIVE
ASSOCIATION OF VAN BUREN (AR)                                                                  DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 29th day of April, 2021.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE